UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FUSIONSOFT LLC An Indiana Limited Liability Company, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No. 1:13-cv-01695-TWP-TAB |
| SOUTHERN COAL CORPORATION A Delaware Corporation, ) ) ) | |
| Defendant. ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This cause is set for a telephonic status conference at 3:30 p.m. on July 8, 2014.**

Parties shall participate in this conference by counsel, who shall call the Court at 317-229-3660.

The purpose of this conference is to address settlement.

Dated: 7/1/2014

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Joshua Thornton Robertson
COHEN GARELICK & GLAZIER
jrobertson@cgglawfirm.com

David J. Tipton
DENSBORN BLACHLY LLP
dtipton@dblaw.us