UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FUSIONSOFT LLC An Indiana Limited Liability Company, ) ) ) Plaintiff, ) ) vs. ) ) SOUTHERN COAL CORPORATION A ) Delaware Corporation, ) ) Defendant. ) | No. 1:13-cv-1695-TWP-TAB |

**ORDER ON JULY 8, 2014, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel July 8, 2014, for a telephonic status conference. Discussion held regarding settlement and related matters. Counsel reported this case is now settled. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated.

Since the terms of the agreement will not be completed until December 2014, by stipulation of the parties, the Magistrate Judge recommends that this case be administratively closed, without prejudice to any party to re-open the case upon filing a notice of doing so. Upon satisfactory completion of all the terms of settlement, the parties may file a stipulation of dismissal.

Dated: 7/11/2014

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Joshua Thornton Robertson
COHEN GARELICK & GLAZIER
jrobertson@cgglawfirm.com

David J. Tipton
DENSBORN BLACHLY LLP
dtipton@dblaw.us