## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| FUSIONSOFT LLC An Indiana Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )    No. 1:13-cv-01695-TWP-TAB ) |
| SOUTHERN COAL CORPORATION A Delaware Corporation, | ) ) ) |
| Defendant. | ) |

## ORDER OF ADMINISTRATIVE CLOSURE

On July 8, 2014, Magistrate Judge Tim A. Baker recommended this matter be administratively closed due to settlement (Dkt. 41). The recommendation is accepted and this matter is administratively closed, without prejudice to any party to re-open the case upon request. Upon satisfactory completion of all the terms of settlement, the parties may file a stipulation of dismissal.

Date: 07/15/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Joshua Thornton Robertson
COHEN GARELICK & GLAZIER
jrobertson@cgglawfirm.com

David J. Tipton
DENSBORN BLACHLY LLP
dtipton@dblaw.us